








```
RYC    10/28/05    16:51
3:04-CV-00024    PHOTOMEDEX INC V. IRWIN
*62*
*STIPO.*
```

1  MICHAEL R. MATTHIAS (SBN 057728)
2  SABRINA L. SHADI (SBN 205405)
   JENKENS & GILCHRIST, LLP
3  12100 Wilshire Boulevard, 15th Floor
   Los Angeles, California 90025-7120
4  Telephone:   (310) 820-8800
   Facsimile:   (310) 820-8859
5
6  Attorneys for Plaintiff PHOTOMEDEX, INC.

FILED
05 OCT 28 PM 2:36
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOTOMEDEX, INC., a Delaware corporation, | Case No. 04 CIV 0024 L |
| Plaintiff, | **Stipulation to Continue Hearing Cutoff Date and Final Pretrial Conference Date** |
| vs. | Hon. F. James Lorenz<br>Magistrate: Jan M. Adler |
| DEAN STEWART IRWIN, an individual, and RA MEDICAL SYSTEMS, INC., a California corporation, | |
| Defendants. | **VIA FAX** |

1   STIPULATION TO CONTINUE HEARING CUTOFF DATE
    AND FINAL PRETRIAL CONFERENCE DATE

LOSANGELES 302630v1 64079-00017

10-28-05  09:01am  From-JENKENS GILCHRIST                             T-163  P.03/05  F-598
10-28-2005  08:35  From-WINGERT GREBING        +8182324665            T-514  P 002/002  F-633
10/27/2005  12:58

1  WHEREAS, the discovery cutoff has been stayed until the Court rules on the Defendants'

2  pending Motion for Summary Judgment;

3  THEREFOR, it is hereby stipulated and agreed between Plaintiff PhotoMedex, Inc.

4  ("Plaintiff") and Defendants Dean Stewart Irwin and RA Medical Systems, Inc. ("Defendants"),

5  through their respective attorneys of record, that the hearing cutoff date and the final pretrial

6  conference date be continued to a date to be determined after the Court has ruled on the

7  Defendants' pending Motion for Summary Judgment.

10  Dated: October 27, 2002                    Respectfully submitted,
                                                JENKENS & GILCHRIST, LLP
11                                              MICHAEL R. MATTHIAS
                                                SABRINA L. SHADI
12

14                                              *[signature]*
                                                SABRINA L. SHADI
15                                              Attorneys for Plaintiff PhotoMedex, Inc.

18  DATE: October 27, 2002                     WINGERT, GREBING, BRUBAKER &
                                                GOODWIN, LLP
19                                              TRACY L. NATION

21                                              *[signature]*
                                                TRACY L. NATION
22                                              Attorneys for Defendants Dean Stewart Irwin and
                                                RA Medical Systems, Inc.

2   STIPULATION TO CONTINUE HEARING CUTOFF DATE
    AND FINAL PRETRIAL CONFERENCE DATE

LOSANGELES 302630v1 64070-00017

Received  10-27-2005  12:58pm  From-3108260883  To-WINGERT GREBING  Page 003

## ORDER

Based on the foregoing Stipulation, and finding good cause therefor, it is hereby ORDERED that:

The hearing cutoff date and the final pretrial conference date be continued to a date to be determined after the court has ruled on the Defendants' pending motion for summary judgment.

DATED: October 28, 2005

Honorable Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

3    STIPULATION TO CONTINUE HEARING CUTOFF DATE AND FINAL PRETRIAL CONFERENCE DATE

LOSANGELES 302630v1 64079-00017

## PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES     )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025.

On October 28, 2005, I served the foregoing document described as **STIPULATION TO CONTINUE HEARING CUTOFF DATE AND FINAL PRETRIAL CONFERENCE DATE** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelopes addressed as follows:

Tracy L. Nation, Esq.
Wingert Grebing, Brubaker Goodwin, LLP
600 West Broadway, 7th Floor
San Diego, CA 92101
Telephone No.: (619) 232-8151
Facsimile No.: (619) 232-4665

[X] **BY MAIL:** I placed true copies of the foregoing document in sealed envelopes addressed as stated on the above/attached service list. I placed such envelope, with postage thereon fully prepaid, for collection and mailing at Jenkens & Gilchrist, Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **PERSONAL:** I personally delivered such envelope by hand to the address above.

[ ] **BY FAX:** I served the foregoing document on the interested parties in this action by transmitting the above-referenced document to the above-mentioned at the following telecopy number.

[ ] **BY OVERNITE EXPRESS:** I served the foregoing document on the interested parties in this action by placing the document(s) listed above to be delivered via Overnite Express in a sealed envelope at Los Angeles, California addressed as set forth below.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 28, 2005 in Los Angeles, California.

*[signature]*

CHARLENE E. STAMPS

*Proof of Service*

LOSANGELES 297315v1 64079-00017