USDC SCAN INDEX SHEET










AV1    8/21/06    13:02
3:04-CV-00024    PHOTOMEDEX INC V. IRWIN
*97*
*STIPO.*

MICHAEL R. MATTHIAS (SBN 057728)
SABRINA L. SHADI (SBN 205405)
NANCY INESTA (SBN 231709)
JENKENS & GILCHRIST, LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone:  (310) 820-8800
Facsimile:   (310) 820-8859

Attorneys for Plaintiff PHOTOMEDEX, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**VIA FAX**

| | |
|---|---|
| PHOTOMEDEX, INC., a Delaware corporation, | Case No. 04CV0024 L(CAB) |
| Plaintiff, | **STIPULATION TO CONTINUE DISCOVERY CUT-OFF AND OTHER PRE-TRIAL DATES; [PROPOSED] ORDER** |
| vs. | |
| DEAN STEWART IRWIN, an individual, and RA MEDICAL SYSTEMS, INC., a California corporation, | |
| Defendants. | |

**WHEREAS**, pursuant to the April 28, 2006 Amended Case Management Conference Order Regulating Discovery and Other Pretrial Proceedings, the following dates have be set in this matter:

- the Parties' expert witness reports are currently due no later than **September 1, 2006**;
- any supplemental expert reports are currently due no later than **September 15, 2006**;
- the discovery completion date in this matter is currently set for **September 29, 2006**;
- another Mandatory Settlement Conference is set currently set for **October 13, 2006** at **2:00 p.m.**;

1
PHOTOMEDEX, INC. v. DEAN STEWART IRWIN, RA MEDICAL SYSTEMS
STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT-OFF AND RELATED DATES
LOSANGELES 321459v3 64079-00017

- the filing cut-off date for all motions is currently set for **October 27, 2006**;
- the deadline for Parties to fully comply with Pretrial Disclosure Requirements and file Memoranda of Contentions of Fact and Law is currently set for **December 15, 2006**;
- the deadline for the Parties to take action required by Local Rule 16.1(f)(4) is currently set for **December 22, 2006**;
- the deadline for filing the proposed pretrial conference order is currently set for **December 29, 2006**; and
- the final pretrial conference before the Honorable M. James ~~Lornez~~ Lorenz is currently set for **January 8, 2007 at 11:00 a.m.**;

WHEREAS, the plaintiff PhotoMedex, Inc. ("PHMD") and Defendants Dean Stewart Irwin ("Irwin") and RA Medical Systems, Inc. ("RA Medical") (hereinafter referred to jointly as the "Parties") have noticed depositions, propounded and responded to written discovery, counsel have exchanged meet and confer letters and met regarding the Parties' respective responses to written discovery, and counsel have consistently worked to resolve the issues with respect thereto;

WHEREAS, due to unresolved discovery issues between the Parties with respect to, among other things, the production of key documents being sought by the Parties, this Court conducted a discovery hearing on July 14, 2006;

WHEREAS, in connection with the July 14, 2006 discovery hearing Magistrate Judge Bencivengo issued an Order Regarding Defendants' Production of FDA Documents on August 7, 2006 (the "Order");

WHEREAS, in response to said Order, counsel for RA Medical submitted a letter to Magistrate Judge Bencivengo requesting that the Order be reconsidered or, in the alternative, a stay on discovery as to the issues addressed in the Order so that RA Medical could seek review of the Order. Magistrate Judge Bencivengo denied the request for stay;

WHEREAS, the issues addressed in the Order, and those relating to the production of other documents, caused delays such that depositions previously scheduled by PHMD could not effectively go forward prior to their resolution;

WHEREAS, the parties have begun or will begin to produce during the week of August 14, 2006, documents requested by the other party, including the documents ordered to be produced by Magistrate Judge Bencivengo;

WHEREAS, despite their cooperative efforts, the Parties may still have unresolved issues regarding the production of certain documents that are necessary in order for the Parties to effectively proceed with depositions;

WHEREAS, regardless of the outstanding discovery issues, the Parties have noticed and intend to proceed with as many depositions as possible, some of which will require counsel for the Parties to travel out-of-town. Currently on calendar are depositions scheduled September 6, 13 – 15, and September 18, 2006. The parties also contemplate conducting depositions the week of August 26, 2006;

WHEREAS, in addition to the depositions that will take place over the next month, the Parties wish to conduct other depositions, not including expert witnesses;

WHEREAS, due to the various discovery delays as well as scheduling conflicts as some of the Parties' experts are not available for deposition until after the September 29, 2006 discovery cut-off date;

WHEREAS, the Parties and counsel are cooperating and have made good faith efforts to comply with the Court's orders and as a result of the discovery disputes, the amount of discovery, locations of witnesses, and scheduling conflicts for counsel and witnesses, there is good cause to continue the deadlines listed above.

THEREFORE, it is hereby stipulated and agreed by and between the Parties, and the Parties respectfully request, that this Court continue the discovery cut-off date (including expert discovery), and other pre-trial and related dates, for approximately 60 days.

DATED: August 16, 2006

JENKENS & GILCHRIST, LLP
MICHAEL R. MATTHIAS
SABRINA L. SHADI
NANCY INESTA

By: *[signature]*
NANCY INESTA
Attorneys for Plaintiff PHOTOMEDEX INC.

DATED: August 16, 2006

WINGERT, GREBING, BRUBAKER, GOODWIN, LLP
TRACY L. NATION

By: *[signature]*
TRACY L. NATION
Attorneys for Defendants
DEAN STEWART IRWIN and
RA MEDICAL SYSTEMS

## ORDER

Based upon the foregoing Stipulation, and finding good cause therefor, it is hereby ORDERED that:

1. The due date for the Parties' expert witness reports, currently set for September 1, 2006, be continued to October 31, 2006;

2. The due date for any supplemental expert reports, currently set for September 15, 2006, be continued to November 14, 2006;

3. The discovery completion date, currently set for September 30, 2006, be continued to November 30, 2006;

4. The Mandatory Settlement Conference, currently set for October 13, 2006 at 2:00 p.m., is continued to December 12, 2006 at 10:00 a.m.; [counsel for Defendants is unavailable from December 22 through 29];

5. The filing cut-off date for all motions, including motions in limine, currently set for October 27, 2006, is continued to December 29, 2006;

6. The deadline for Parties to fully comply with Pretrial Disclosure Requirements and file Memoranda of Contentions of Fact and Law, currently set for December 15, 2006, is continued to March 5, 2007;

7. The deadline for the Parties to take action required by Local Rule 16.1(f)(4), currently set for December 22, 2006, is continued to March 12, 2007;

8. The deadline for filing the proposed pretrial conference order, currently set for December 29, 2006, is continued to March 19, 2007; and

9. The final pretrial conference before the Honorable M. James Lorenz, currently set for January 8, 2007 at 11:00 a.m., be continued to March 26, 2007 @ 11am.

DATED: August 17, 2006

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

---

5
PHOTOMEDEX, INC. v. DEAN STEWART IRWIN, RA MEDICAL SYSTEMS
STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT-OFF AND RELATED DATES

LOSANGELES 321459v3 64079-00017

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025.

On **August 16, 2006** I served the foregoing document described as **STIPULATION TO CONTINUE DISCOVERY CUT-OFF AND OTHER PRE-TRIAL DATES; [PROPOSED] ORDER** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelopes addressed as follows:

Tracy L. Nation, Esq.
WINGERT GREBING BRUBAKER
GOODWIN LLP
600 West Broadway, 7th Floor
San Diego, CA 92101
Telephone No.:(619 232-8151
Facsimile No.: (619) 232-4665

[X] **BY MAIL**: I placed true copies of the foregoing document in sealed envelopes addressed as stated on the above/attached service list. I placed such envelope, with postage thereon fully prepaid, for collection and mailing at Jenkens & Gilchrist, Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **PERSONAL**: I personally delivered such envelope by hand to the address above.

[ ] **BY FAX**: I served the foregoing document on the interested parties in this action by transmitting the above-referenced document to the above-mentioned at the above-shown telecopy number(s).

[ ] **BY OVERNITE EXPRESS**: I served the foregoing document on the interested parties in this action by placing the document(s) listed above to be delivered via Overnite Express in a sealed envelope at Los Angeles, California addressed as set forth below.

I declare under penalty pursuant to the laws of the United States that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on August 16, 2006 at Los Angeles, California.

JACK SANDERS