UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOTOMEDEX, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEAN STEWART IRWIN; RA MEDICAL SYSTEMS, INC.; and DOES 1-25, inclusive, <br><br> Defendant. | Civil No.   04cv0024-L (CAB) <br><br> **ORDER:** <br><br> 1) **DENYING PLAINTIFF'S MOTION FOR STAY OF DISCOVERY; and,** <br> 2) **GRANTING PLAINTIFF'S MOTION TO COMPEL** |

On November 6, 2006, the Court held a telephonic discovery conference on Plaintiff's motion for a stay of discovery, or in the alternative to compel further responses from Defendants. The motion was submitted directly to chambers in the form of letter briefs. John Leonard, Esq., appeared for Plaintiff, and Tracy Nation, Esq., appeared for Defendants. Having considered the submissions of the parties and arguments of counsel, **IT IS HEREBY ORDERED**:

1. Plaintiff's request for a stay of discovery, pending resolution of its motion to consolidate this action with Case No. 06cv1479-L (CAB) and Defendants' motion to dismiss the counterclaims filed in that matter, is **DENIED**. The discovery cut-off in this case remains **November 30, 2006**. The parties are, however, permitted to conclude timely noticed depositions after the cut-off to accommodate the schedules of witnesses and counsel.

2. Defendant shall produce, either directly or by specific reference to Bates numbers, any and all specifications, manuals and any other technical documents provided to customers

with delivery of its laser product in August 2004.  This production will be made no later than **November 17, 2006**.

3. Plaintiff shall provide Defendants with a list identifying such financial documents that Plaintiff's expert requires to test financial opinions he formulated based upon Defendants' previously produced summary financial information, no later than **November 10, 2006**.  Defendants shall provide the responsive documents, if any, no later than **November 17, 2006**.  Plaintiff shall serve an amended expert report no later than **November 28, 2006**.  Defendants shall serve their rebuttal report no later than **December 12, 2006**.  The depositions of financial experts must be concluded no later than **January 12, 2007**.

4. If Plaintiff does not identify any additional financial documents by November 10, 2006, the request for further documents will be deemed moot, and Defendants shall provide their rebuttal report no later than **November 20, 2006**, and the depositions of financial experts shall be concluded no later than **December 22, 2006**.

DATED: November 7, 2006

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge