1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOTOMEDEX, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEAN STEWART IRWIN; RA MEDICAL SYSTEMS, INC.; and DOES 1-25, inclusive, <br><br> Defendants. | Civil No.    04cv0024-L (CAB) <br><br> **ORDER STRIKING DEFENDANTS' LETTER BRIEF** <br><br> **[Doc. No. 104]** |

On November 10, 2006, a Court holiday, Defendants filed a document entitled "Declaration Letter Brief in support of Motion to Quash Record Subpoenas issued by Plaintiff." [Doc. No. 104.]  The filing of this document was not requested or approved by this Court.  While the document purports to be a declaration in support of a motion to quash, there does not appear to be a notice of motion filed on the docket of the case.  Further, the document does not comply with this district's format requirements for pleadings. *See* Civ. L.R. 5.1.  Finally, the Court draws counsel's attention to the Court's scheduling order dated April 27, 2006, which states, "Please be advised that counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion."  [Doc. No. 83.]  Because counsel has not complied with any of the aforementioned requirements, the Clerk of the Court shall **STRIKE** Docket No. 104 from the docket of this case.

    **IT IS SO ORDERED.**

DATED:  November 14, 2006

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge

1

04cv0024