UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOTOMEDEX, INC., | ) Civil No. 04-CV-0024-L(CAB ) |
| Plaintiff, | ) |
| v. | ) **ORDER STRIKING DOCUMENT** |
| | ) **FROM THE RECORD** |
| DEAN STEWARD IRWIN, *et al.*, | ) |
| Defendants. | ) |

Defendants Dean Steward Irwin and Ra Medical Systems, Inc. electronically created a document entry entitled "defendants' motion in limine no. 1." (Doc. no. 119). The motion is deficient in that there is no hearing date provided on the face of the document as required under the Civil Local Rules. Moreover, the date for hearing a motion in limine is set only at the final pretrial conference. Accordingly, a motion in limine filed prior to the final pretrial conference is premature and inappropriate. Defendants' motion in limine no. 1 is therefore rejected and stricken from the record. *See* E-Filing Manual §2(g).[1]

. . .

. . .

---

[1] The E-Filing Manual can be found on the District's website at www.casd.uscourts.gov under the heading "General Order 550, Procedural Rules for Electronic Case Filing."

O4cv024

1 | Based on the foregoing, **IT IS ORDERED** directing the Clerk of the Court to strike from the record docket entry no. 119, filed February 28, 2007.

**IT IS SO ORDERED.**

DATED: March 1, 2007

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL