UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOTOMEDEX, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEAN STEWART IRWIN; RA MEDICAL SYSTEMS, INC.; and DOES 1-25, inclusive, <br><br> Defendants. | Civil No.   04cv0024-L (CAB) <br><br> **ORDER REGARDING SCHEDULING DEPOSITION OF DR. ELIOT GHATAN** |

    On August 7, 2007, the Court held a telephonic discovery conference regarding the scheduling of the deposition of third party witness Dr. Eliot Ghatan. John Leonard, Esq., appeared for plaintiff. Tracy Nation, Esq., appeared for defendants. Cameron Nelson, Esq., appeared for Dr. Ghatan and defendants.

    On August 2, 2007, this Court issued an order extending the discovery cut-off in this case to August 17, 2007, for the sole purpose of allowing plaintiff to complete the depositions of Dr. Ghatan and another witness, Dr. Morris Westfried. Both doctors, located in the Eastern District of New York, had been subpoenaed by plaintiff to give deposition testimony. On July 25, 2007, Magistrate Judge James Orenstein of the Eastern District of New York denied the doctors' motions to quash the subpoenas. He had also ordered the parties and the witnesses to be ready to complete the depositions no later than August 6, 2007. The parties and witnesses did not meet Judge Orenstein's order, and this Court extended the discovery cutoff to August 17, 2007, for the purpose of completing the depositions ordered by Judge Orenstein.

The deposition of Dr. Westfried is scheduled for August 15, 2007. Dr. Ghatan's counsel, however, represented that due to professional and personal obligations, Dr. Ghatan is unavailable for deposition by August 17, 2007. Dr. Ghatan has been subpoenaed for his testimony. He was ordered by Judge Orenstein in July to be ready to testify no later than August 6, 2007. The discovery deadline in this case is extended to **August 31, 2007,** solely for the purpose of providing additional time for Dr. Ghatan to make himself available for deposition. If by August 10, 2007, the witness has not provided counsel with a date for deposition to take place that is on or before August 31, 2007, plaintiff may seek its remedy in the Eastern District of New York for the failure of the witness to comply with the subpoena.

**IT IS SO ORDERED.**

DATED: August 7, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge